IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                           CASE NO.: 3:04cr9/LAC
                                                                            3:05cv193/LAC/MD

DOMINGO GONZALEZ
_____

**ORDER**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 21, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The motion to vacate, set aside or correct sentence (doc. 38) is DENIED.

DONE AND ORDERED this 31st day of May, 2006.

                                                         s/*L.A. Collier*
                                                         **LACEY A. COLLIER**
                                                         **SENIOR UNITED STATES DISTRICT JUDGE**