**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.  **3:04CR9/LAC**
**3:05CV193/LAC/MD**

**DOMINGO GONZALEZ**

---

## ORDER

The defendant has filed a request for certificate of appealability with respect to this court's order denying relief pursuant to section 2255. (Doc. 57 & 58). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's May 31, 2006 order (doc. 55) adopting and incorporating the Magistrate Judge's Report and Recommendation to which defendant did not object, his request for a certificate of appealability is DENIED. Defendant shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 5th day of July, 2006.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**