**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                            CASE NO.  3:04cr9LAC

DOMINGO GONZALEZ

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   July 23, 2007
Motion/Pleadings:  MOTION TO AMEND TO CONFORM TO THE EVIDENCE AND MOTION FOR RELIEF FROM JUDGMENT OR ORDER IN SUPPORT THEREOF
Filed by  DEFENDANT PRO SE    on   7/9/2007    Doc.# 73

RESPONSES:
BY GOVERNMENT    on 7/23/07    Doc.# 74
                                        on                   Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 24th day of July, 2007, that:*
*(a) The relief requested is **DENIED**.*
*(b)* _____

                                                s/*L.A. Collier*
                                                ***LACEY A. COLLIER***
                                      ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.